UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID IVERSEN, on behalf of himself, and all others similarly situated

          Plaintiff(s),

v.

WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive,

          Defendant(s).
_____/

CASE NO. C 10-05566 LB

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) Private mediation; provider to be agreed upon by the parties

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☒ other requested deadline Within sixty days of the resolution of class certification proceedings or earlier.

Dated: March 10, 2011          /s/ Michael Hoffman
                                          Attorney for Plaintiff
                                          DAVID IVERSEN

Dated: March 10, 2011          /s/ Carolyn V. Zabrycki
                                          Attorney for Defendant
                                          WELLS FARGO BANK, N.A.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  Within sixty days of the resolution of class certification proceedings or earlier.

IT IS SO ORDERED.

Dated: March 15, 2011

*[Signature: Judge Laurel Beeler]*
IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE