HOFFMAN EMPLOYMENT LAWYERS, LLP
MICHAEL HOFFMAN (State Bar No. 154481)
ALEC SEGARICH (State Bar No. 260189)
100 Pine Street, Suite 1550
San Francisco, CA 94111
Telephone:   (415) 362-1111
Fax:              (415) 362-1112
Email:       *mhoffman@employment-lawyers.com*
                *asegarich@sfemployment-lawyers.com*

Attorneys for Plaintiff
DAVID IVERSEN

MALCOLM A. HEINICKE (State Bar No. 194174)
CAROLYN V. ZABRYCKI (State Bar No. 263541)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
E-mail:       *Malcolm.Heinicke@mto.com*
                *Carolyn.Zabrycki@mto.com*

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IVERSEN, on behalf of himself, and all others similarly situated<br><br>             Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive.<br><br>             Defendant. | Case No. CV-10-05566 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Honorable Laurel Beeler<br><br>Current Date: June 9, 2011<br>Proposed Date: July 21, 2011 |

14108636.

Stipulation and [Proposed] Order;
CV-10-05566 LB

1    WHEREAS, Plaintiff filed this putative class action alleging state wage and hour
2 claims concerning his employment at Wells Fargo Bank, N.A.;
3    WHEREAS, the parties previously appeared before this Court at the Initial Case
4 Management Conference on March 31, 2011 at 10:30 a.m.;
5    WHEREAS, the parties are scheduled to appear at a Further Case Management
6 Conference on June 9, 2011 at 10:30 a.m.;
7    WHEREAS, the parties are currently in the process of meeting and conferring
8 regarding deposition scheduling and other scheduling and case management issues;
9    WHEREAS, because of vacation schedules, certain sessions have been postponed;
10    WHEREAS, the parties are scheduled to meet and confer on June 6, 2011 and
11 anticipate subsequent sessions to follow, and they respectfully submit it would be most efficient
12 to conduct the Further Case Management Conference after these sessions are concluded;
13    WHEREAS, the parties are collaborating to proceed efficiently and have no other
14 updates to provide to the Court at this time;
15    WHEREAS, the parties, through their counsel of record, stipulate as follows:
16    IT IS HEREBY STIPULATED that the parties jointly and respectfully request an
17 order postponing the Further Case Management Conference currently set for June 9, 2011 until
18 July 21, 2011 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED:  June 1, 2011                             HOFFMAN EMPLOYMENT LAWYERS, L.L.P.


By:              */s/ Alec Segarich*
                    ALEC SEGARICH

Attorneys for Plaintiff DAVID IVERSEN

14108636.                              - 1 -                       Stipulation and [Proposed] Order;
                                                                                      CV-10-05566 LB

1 | DATED: June 1, 2011              MUNGER, TOLLES & OLSON LLP

By:    */s/ Malcolm A. Heinicke*
      MALCOLM A. HEINICKE

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Alec Segarich concurs in this filing.

DATED: June 1, 2011

*/s/ Malcolm A. Heinicke*
MALCOLM A. HEINICKE

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for June 6, 2011 at 10:30 a.m. is postponed until July ~~21~~ July 28, 2011 2011 at 10:30 a.m.   A Joint Supplemental Case Management Conference Statement due by July 21, 2011.

DATED: June _3_, 2011

By: [signature]
Laurel Beeler
United States Magistrate Judge