HOFFMAN EMPLOYMENT LAWYERS, LLP
MICHAEL HOFFMAN (State Bar No. 154481)
100 Pine Street, Suite 1550
San Francisco, CA 94111
Telephone:   (415) 362-1111
Facsimile:    (415) 362-1112
Email:         *mhoffman@employment-lawyers.com*

Attorneys for Plaintiff
DAVID IVERSEN

MALCOLM A. HEINICKE (State Bar No. 194174)
CAROLYN V. ZABRYCKI (State Bar No. 263541)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
E-mail:        *Malcolm.Heinicke@mto.com*
                  *Carolyn.Zabrycki@mto.com*

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IVERSEN, on behalf of himself, and all others similarly situated<br><br>             Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive.<br><br>             Defendant. | Case No. CV-10-05566 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Honorable Laurel Beeler<br><br>Current Date:    July 28, 2011<br>Proposed Date:  September 22, 2011 |

1   WHEREAS, Plaintiff filed this putative class action alleging state wage and hour
2 claims concerning his employment at Wells Fargo Bank, N.A.;
3   WHEREAS, the parties previously appeared before this Court at the Initial Case
4 Management Conference on March 31, 2011 at 10:30 a.m.;
5   WHEREAS, the parties are scheduled to appear at a Further Case Management
6 Conference on July 28, 2011 at 10:30 a.m.;
7   WHEREAS, the parties have completed their initial meet and confer sessions and
8 the exchange of initial disclosures, and they have just recently commenced class certification
9 discovery, they respectfully submit that it would be most efficient to conduct a Further Case
10 Management Conference in 60 days after discovery has progressed further;
11   WHEREAS, the parties are collaborating to proceed efficiently with discovery and
12 have no other updates to provide to the Court at this time;
13   WHEREAS, the parties, through their counsel of record, stipulate as follows:
14   IT IS HEREBY STIPULATED that the parties jointly and respectfully request an
15 order postponing the Further Case Management Conference currently set for July 28, 2011 until
16 September 22, 2011 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED: July 21, 2011                HOFFMAN EMPLOYMENT LAWYERS, L.L.P.


By: _____*/s/Michael Hoffman*_____
        MICHAEL HOFFMAN

Attorneys for Plaintiff DAVID IVERSEN

- 1 -                               Stipulation and [Proposed] Order;
                                    CV-10-05566 LB

| | |
|---|---|
| DATED: July 21, 2011 | MUNGER, TOLLES & OLSON LLP |
| | By: _/s/ Malcolm A. Heinicke_<br>MALCOLM A. HEINICKE |
| | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

### Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Michael Hoffman concurs in this filing.

DATED: July 21, 2011

_/s/ Malcolm A. Heinicke_
MALCOLM A. HEINICKE

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for July 28, 2011 at 10:30 a.m. is postponed until September 22, 2011 at 10:30 a.m.

DATED: July _26_, 2011

By: _/s/ Laurel Beeler_
Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED — Judge Laurel Beeler*
(Seal: United States District Court, Northern District of California)

- 2 -

Stipulation and [Proposed] Order;
CV-10-05566 LB