1 | HOFFMAN EMPLOYMENT LAWYERS, LLP
MICHAEL HOFFMAN (State Bar No. 154481)
2 | 100 Pine Street, Suite 1550
San Francisco, CA 94111
3 | Telephone:   (415) 362-1111
Fax:         (415) 362-1112
4 | Email:       *mhoffman@employment-lawyers.com*

5 | Attorneys for Plaintiff
DAVID IVERSEN
6 |
MALCOLM A. HEINICKE (State Bar No. 194174)
7 | CAROLYN V. ZABRYCKI (State Bar No. 263541)
MUNGER, TOLLES & OLSON LLP
8 | 560 Mission Street
Twenty-Seventh Floor
9 | San Francisco, CA  94105-2907
Telephone:   (415) 512-4000
10 | Facsimile:   (415) 512-4077
E-mail:      *Malcolm.Heinicke@mto.com*
11 |              *Carolyn.Zabrycki@mto.com*

12 | Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IVERSEN, on behalf of himself, and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. CV-10-05566 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Laurel Beeler<br><br>Current Date: October 6, 2011<br>Proposed Date: December 8, 2011 |

WHEREAS, Plaintiff filed this putative class action alleging state wage and hour claims concerning his employment at Wells Fargo Bank, N.A.;

WHEREAS, the parties previously appeared before this Court at the Initial Case Management Conference on March 31, 2011 at 10:30 a.m.;

WHEREAS, the parties are scheduled to appear at a Further Case Management Conference on October 6, 2011 at 10:30 a.m.;

WHEREAS, the parties have completed their initial meet and confer sessions and have exchanged initial disclosures;

WHEREAS, Wells Fargo Bank, N.A. has responded to written discovery, i.e., numerous special interrogatories;

WHEREAS, the parties have commenced the process of meeting and conferring over depositions;

WHEREAS, the parties respectfully submit that it would be most efficient to conduct a Further Case Management Conference after discovery has progressed further;

WHEREAS, the parties, through their counsel of record, stipulate as follows:

IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order postponing the Further Case Management Conference currently set for October 6, 2011 until December 8, 2011 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED: September 29, 2011                HOFFMAN EMPLOYMENT LAWYERS, L.L.P.

By: */s/Michael Hoffman*
MICHAEL HOFFMAN

Attorneys for Plaintiff DAVID IVERSEN

DATED: September 29, 2011                                MUNGER, TOLLES & OLSON LLP

                                                         By:      */s/ Malcolm A. Heinicke*
                                                                  MALCOLM A. HEINICKE

                                                         Attorneys for Defendant
                                                         WELLS FARGO BANK, N.A.

<u>Filer's Attestation</u>

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Michael Hoffman concurs in this filing.

DATED: September 29, 2011

                    */s/ Malcolm A. Heinicke*
                    MALCOLM A. HEINICKE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for October 6, 2011 at 10:30 a.m. is postponed until December 8, 2011 at 10:30 a.m.

DATED: October 4, 2011

                                                         By: _____
                                                             Laurel Beeler
                                                             United States Magistrate Judge