1  HOFFMAN EMPLOYMENT LAWYERS, LLP
   MICHAEL HOFFMAN (State Bar No. 154481)
2  100 Pine Street, Suite 1550
   San Francisco, CA 94111
3  Telephone:   (415) 362-1111
   Fax:         (415) 362-1112
4  Email:       *mhoffman@employment-lawyers.com*

5  Attorneys for Plaintiff
   DAVID IVERSEN
6
   MALCOLM A. HEINICKE (State Bar No. 194174)
7  CAROLYN V. ZABRYCKI (State Bar No. 263541)
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street
   Twenty-Seventh Floor
9  San Francisco, CA  94105-2907
   Telephone:   (415) 512-4000
10 Facsimile:   (415) 512-4077
   E-mail:      *Malcolm.Heinicke@mto.com*
11              *Carolyn.Zabrycki@mto.com*

12 Attorneys for Defendant
   WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IVERSEN, on behalf of himself, and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. CV-10-05566 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Laurel Beeler<br><br>Current Date: December 8, 2011<br>Proposed Date: February 9, 2012 |

Stipulation and [Proposed] Order;
CV-10-05566 LB

1  WHEREAS, Plaintiff filed this putative class action alleging state wage and hour claims concerning his employment at Wells Fargo Bank, N.A.;

3  WHEREAS, the parties previously appeared before this Court at the Initial Case Management Conference on March 31, 2011 at 10:30 a.m.;

5  WHEREAS, the parties are scheduled to appear at a Further Case Management Conference on December 8, 2011 at 10:30 a.m.;

7  WHEREAS, the parties have completed their initial meet and confer sessions and have exchanged initial disclosures;

9  WHEREAS, Wells Fargo Bank, N.A. has responded to written discovery, i.e., numerous special interrogatories;

11  WHEREAS, the parties have commenced the process of meeting and conferring over depositions and requests for documents;

13  WHEREAS, the parties respectfully submit that it would be most efficient to conduct a Further Case Management Conference after discovery has progressed further;

15  WHEREAS, the parties, through their counsel of record, stipulate as follows:

16  IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order postponing the Further Case Management Conference currently set for December 8, 2011 until February 9, 2012 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED:  December 1, 2011                HOFFMAN EMPLOYMENT LAWYERS, L.L.P.

By:      */s/Michael Hoffman*
              MICHAEL HOFFMAN

Attorneys for Plaintiff DAVID IVERSEN

- 1 -                                              Stipulation and [Proposed] Order;
                                                                      CV-10-05566 LB

1  DATED: December 1, 2011                    MUNGER, TOLLES & OLSON LLP

3                                             By:    */s/ Malcolm A. Heinicke*
                                                     MALCOLM A. HEINICKE

                                              Attorneys for Defendant
                                              WELLS FARGO BANK, N.A.

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Michael Hoffman concurs in this filing.

DATED: December 1, 2011

            */s/ Malcolm A. Heinicke*
            MALCOLM A. HEINICKE


[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for December 8, 2011 at 10:30 a.m. is postponed until February 9, 2012 at 10:30 a.m.

DATED: December __5__, 2011

                                              By: _____
                                                  Laurel Beeler
                                                  United States Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Laurel Beeler / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*