1  HOFFMAN EMPLOYMENT LAWYERS, LLP
   MICHAEL HOFFMAN (State Bar No. 154481)
2  100 Pine Street, Suite 1550
   San Francisco, CA 94111
3  Telephone:    (415) 362-1111
   Fax:          (415) 362-1112
4  Email:        *mhoffman@employment-lawyers.com*

5  Attorneys for Plaintiff
   DAVID IVERSEN
6
   MALCOLM A. HEINICKE (State Bar No. 194174)
7  CAROLYN V. ZABRYCKI (State Bar No. 263541)
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street
   Twenty-Seventh Floor
9  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
10 Facsimile:    (415) 512-4077
   E-mail:       *Malcolm.Heinicke@mto.com*
11               *Carolyn.Zabrycki@mto.com*

12 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
13
                  UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16
17 DAVID IVERSEN, on behalf of himself,       Case No. CV-10-05566 LB
   and all others similarly situated
18                                            **STIPULATION AND [PROPOSED]**
                     Plaintiff,               **ORDER CONTINUING FURTHER CASE**
19                                            **MANAGEMENT CONFERENCE**
              vs.
20                                            Judge:      Honorable Laurel Beeler
   WELLS FARGO BANK, N.A., a
21 corporation, and DOES 1 through 10,        Current Date:  December 8, 2011
   inclusive.                                 Proposed Date:  February 9, 2012
22                   Defendant.

23

24

25

26

27

28

1    WHEREAS, Plaintiff filed this putative class action alleging state wage and hour claims

2    concerning his employment at Wells Fargo Bank, N.A.;

3    WHEREAS, the parties previously appeared before this Court at the Initial Case

4    Management Conference on March 31, 2011 at 10:30 a.m.;

5    WHEREAS, the parties are scheduled to appear at a Further Case Management

6    Conference on December 8, 2011 at 10:30 a.m.;

7    WHEREAS, the parties have completed their initial meet and confer sessions and have

8    exchanged initial disclosures;

9    WHEREAS, Wells Fargo Bank, N.A. has responded to written discovery, i.e., numerous

10    special interrogatories;

11    WHEREAS, the parties have commenced the process of meeting and conferring over

12    depositions and requests for documents;

13    WHEREAS, the parties respectfully submit that it would be most efficient to conduct a

14    Further Case Management Conference after discovery has progressed further;

15    WHEREAS, the parties, through their counsel of record, stipulate as follows:

16    IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order

17    postponing the Further Case Management Conference currently set for December 8, 2011 until

18    February 9, 2012 at 10:30 a.m. or such other time thereafter that the Court is available.

19

20    DATED:  December 1, 2011                    HOFFMAN EMPLOYMENT LAWYERS,
                                                    L.L.P.

21

22                                                By:_____/s/Michael Hoffman_____

23                                                        MICHAEL HOFFMAN

24                                                Attorneys for Plaintiff DAVID IVERSEN

25

26

27

28

- 1 -                              Stipulation and [~~Proposed~~] Order;
                                   CV-10-05566 LB

DATED:  December 1, 2011                    MUNGER, TOLLES & OLSON LLP


                                            By:            */s/ Malcolm A. Heinicke*
                                                        MALCOLM A. HEINICKE

                                            Attorneys for Defendant
                                            WELLS FARGO BANK, N.A.




                              Filer's Attestation

     I, Malcolm A. Heinicke, am the ECF user whose identification and password are being

used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER**

**CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby

attest that Michael Hoffman concurs in this filing.

DATED:  December 1, 2011



                      */s/ Malcolm A. Heinicke*
                     MALCOLM A. HEINICKE




                            **[PROPOSED] ORDER**


     PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders

that the Further Case Management Conference currently set for December 8, 2011 at 10:30 a.m.

is postponed until February 9, 2012 at 10:30 a.m.

DATED: December ___5___, 2011


                                            By:_____
                                            Laurel Beeler
                                            United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler

Stipulation and [Proposed] Order;
                                            CV-10-05566 LB