MICHAEL HOFFMAN (State Bar No. 154481)
LEONARD EMMA (State Bar No. 224483)
HOFFMAN EMPLOYMENT LAWYERS, LLC
333 Bush Street, Suite 2250
San Francisco, CA 94104
Telephone:  (415) 362-1111
Fax:  (415) 362-1112
Email:  mhoffman@employment-lawyers.com
  lemma@sfemployment-lawyers.com

Attorneys for Plaintiff
DAVID IVERSEN

MALCOLM A. HEINICKE (State Bar No. 194174)
SARALA V. NAGALA (State Bar No. 258712)
CAROLYN V. ZABRYCKI (State Bar No. 263541)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
E-mail:  Malcolm.Heinicke@mto.com
  Sarala.Nagala@mto.com
  Carolyn.Zabrycki@mto.com

Attorneys for Defendant

WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IVERSEN, on behalf of himself, and all others similarly situated<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive.<br><br>　　　　　Defendant. | Case No. CV-10-05566 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Honorable Laurel Beeler<br><br>Current Date:　　February 9, 2012<br>Proposed Date:　　March 22, 2012 |

Stipulation and [Proposed] Order;
CV-10-05566 LB

1  WHEREAS, Plaintiff filed this putative class action alleging state wage and hour claims
2  concerning his employment at Wells Fargo Bank, N.A.;
3  WHEREAS, the parties previously appeared before this Court at the Initial Case
4  Management Conference on March 31, 2011 at 10:30 a.m.;
5  WHEREAS, the parties are scheduled to appear at a Further Case Management
6  Conference on February 9, 2012 at 10:30 a.m.;
7  WHEREAS, the parties have completed their initial meet and confer sessions and have
8  exchanged initial disclosures;
9  WHEREAS, Wells Fargo Bank, N.A. has responded to written discovery, i.e., numerous
10 special interrogatories;
11 WHEREAS, the parties continue the process of meeting and conferring over depositions;
12 WHEREAS, the parties respectfully submit that it would be most efficient to conduct a
13 Further Case Management Conference at a later date;
14 WHEREAS, the parties, through their counsel of record, stipulate as follows:
15 IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order
16 postponing the Further Case Management Conference currently set for February 9, 2012 until
17 March 22, 2012 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED:  February 8, 2012                    HOFFMAN EMPLOYMENT LAWYERS, L.L.P.

                                            By:        */s/Michael Hoffman*
                                                    MICHAEL HOFFMAN

                                            Attorneys for Plaintiff DAVID IVERSEN

- 1 -                                       Stipulation and [Proposed] Order;
                                            CV-10-05566 LB

1 | DATED: February 8, 2012                    MUNGER, TOLLES & OLSON LLP

                                               By:    */s/ Malcolm A. Heinicke*
                                                     MALCOLM A. HEINICKE

                                               Attorneys for Defendant
                                               WELLS FARGO BANK, N.A.


### Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that Michael Hoffman concurs in this filing.

DATED: February 8, 2012

                    */s/ Malcolm A. Heinicke*
                    MALCOLM A. HEINICKE


### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for February 9, 2012 at 10:30 a.m. is postponed until March 22, 2012 at 10:30 a.m.  An updated Case Management Conference Statement due by 3/15/2012.

DATED: February __8__, 2012

                                               By: [signature]
                                                  The Honorable Laurel Beeler
                                                  United States Magistrate Judge

- 2 -                                         Stipulation and [~~Proposed~~] Order;
                                              CV-10-05566 LB