1  MICHAEL HOFFMAN (State Bar No. 154481)
   LEONARD EMMA (State Bar No. 224483)
2  HOFFMAN EMPLOYMENT LAWYERS, LLC
   333 Bush Street, Suite 2250
3  San Francisco, CA 94104
   Telephone:    (415) 362-1111
4  Fax:          (415) 362-1112
   Email:        mhoffman@employment-lawyers.com
5                lemma@sfemployment-lawyers.com

6  Attorneys for Plaintiff
   DAVID IVERSEN
7
   MALCOLM A. HEINICKE (State Bar No. 194174)
8  SARALA V. NAGALA (State Bar No. 258712)
   CAROLYN V. ZABRYCKI (State Bar No. 263541)
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
10 Twenty-Seventh Floor
   San Francisco, CA  94105-2907
11 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
12 E-mail:       Malcolm.Heinicke@mto.com
                 Sarala.Nagala@mto.com
13               Carolyn.Zabrycki@mto.com

14 Attorneys for Defendant

15 WELLS FARGO BANK, N.A.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | DAVID IVERSEN, on behalf of himself, and all others similarly situated | Case No. CV-10-05566 LB |
20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
21 | vs. | |
22 | WELLS FARGO BANK, N.A., a corporation, and DOES 1 through 10, inclusive. | Judge:    Honorable Laurel Beeler |
23 | | Current Date:    February 9, 2012 |
   | Defendant. | Proposed Date:   March 22, 2012 |

Stipulation and [Proposed] Order;
CV-10-05566 LB

1  WHEREAS, Plaintiff filed this putative class action alleging state wage and hour claims
2  concerning his employment at Wells Fargo Bank, N.A.;
3  WHEREAS, the parties previously appeared before this Court at the Initial Case
4  Management Conference on March 31, 2011 at 10:30 a.m.;
5  WHEREAS, the parties are scheduled to appear at a Further Case Management
6  Conference on February 9, 2012 at 10:30 a.m.;
7  WHEREAS, the parties have completed their initial meet and confer sessions and have
8  exchanged initial disclosures;
9  WHEREAS, Wells Fargo Bank, N.A. has responded to written discovery, i.e., numerous
10  special interrogatories;
11  WHEREAS, the parties continue the process of meeting and conferring over depositions;
12  WHEREAS, the parties respectfully submit that it would be most efficient to conduct a
13  Further Case Management Conference at a later date;
14  WHEREAS, the parties, through their counsel of record, stipulate as follows:
15  IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order
16  postponing the Further Case Management Conference currently set for February 9, 2012 until
17  March 22, 2012 at 10:30 a.m. or such other time thereafter that the Court is available.

DATED:  February 8, 2012                          HOFFMAN EMPLOYMENT LAWYERS, L.L.P.


By:      */s/Michael Hoffman*
                MICHAEL HOFFMAN

Attorneys for Plaintiff DAVID IVERSEN

- 1 -                Stipulation and [Proposed] Order;
                     CV-10-05566 LB

| | | |
|---|---|---|
| 1 | DATED: February 8, 2012 | MUNGER, TOLLES & OLSON LLP |

By: _____*/s/ Malcolm A. Heinicke*_____
          MALCOLM A. HEINICKE

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER POSTPONING FURTHER CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I hereby attest that Michael Hoffman concurs in this filing.

DATED: February 8, 2012

      _____*/s/ Malcolm A. Heinicke*_____
           MALCOLM A. HEINICKE

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Court orders that the Further Case Management Conference currently set for February 9, 2012 at 10:30 a.m. is postponed until March 22, 2012 at 10:30 a.m.  An updated Case Management Conference Statement due by 3/15/2012.

DATED: February __8__, 2012

By: _____
The Honorable Laurel Beeler
United States Magistrate Judge

- 2 -          Stipulation and [~~Proposed~~] Order;
                                   CV-10-05566 LB