1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  SARALA V. NAGALA (SBN 258712)
   Sarala.Nagala@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
5  Facsimile:     (415) 512-4077

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID IVERSEN, on behalf of themselves individually, and all others similarly situated, | CASE NO.  CV-10-5566-LB |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
   | vs. | |
   | WELLS FARGO BANK, N.A., and DOES 1 through 10, INCLUSIVE, | Judge:  The Honorable Laurel Beeler |
   | Defendant(s). | |

1  WHEREAS, the parties have reached an agreement that calls for the dismissal with
2  prejudice of this action, with each side to bear their own attorneys' fees and costs;
3  WHEREAS, the parties agree that the dismissal with prejudice of this action would
4  preclude Plaintiff from bringing any future claims related to his employment with Defendant,
5  including without limitation any claims under the California Labor Code or the Federal Fair
6  Labor Standards Act; and
7  WHEREAS, entry of this dismissal order would approve and finalize the
8  associated effect;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED[1] THAT this action is
10  dismissed in its entirety and with prejudice to the individual claims of Plaintiff Iversen.

Munger, Tolles & Olson LLP

DATED:  March 12, 2012     By:   /s/ *Malcolm A. Heinicke*
                                 MALCOLM A. HEINICKE

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Hoffman Employment Lawyers

DATED: March 12, 2012     By:   /s/ *Michael Hoffman*
                                MICHAEL HOFFMAN

Attorney for Plaintiff
DAVID IVERSEN

Pursuant to stipulation, IT IS SO ORDERED.  This action is hereby dismissed in its entirety, and such dismissal shall be with prejudice to the individual claims of Plaintiff Iversen.

_____
The Honorable Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Michael Hoffman, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order of Dismissal with Prejudice.  In compliance with General Order 45.X.B., I hereby attest that Malcolm A. Heinicke concurred in this filing.

16599300.1     - 1 -     STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE CV-10-5566-LB